UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>          Plaintiff,<br>vs.<br><br>CATHETER CONNECTIONS, INC.,<br><br>          Defendant. | CASE NO. 12-CV-0954-H (JMA)/<br>CASE NO. 12-CV-1587-H (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES AND SETTING TRIAL DATE** |

On February 5, 2013, the parties filed a joint motion to consolidate Case No. 12-cv-954 with Case No. 12-cv-1587. (Case No. 12-cv-954, Doc. No. 31.) The Court, for good cause shown, grants the parties' joint motion and orders that these actions be consolidated. Fed. R. Civ. P. 42(a). The Court sets September 16, 2014, as the date for trial. If either party has a conflict with that date, they must notify the Court in writing within fourteen **(14)** days from the date of this order.

**IT IS SO ORDERED**.

Dated: February 7, 2013

                _____
                MARILYN L. HUFF, District Judge
                UNITED STATES DISTRICT COURT