1   X-PATENTS, APC
    Jonathan Hangartner, Cal. Bar No. 196268
2   5670 La Jolla Blvd.
3   La Jolla, CA  92037
    Telephone:  858-454-4313
4   Facsimile:   858-454-4314
5   jon@x-patents.com

6   Attorneys for Ivera Medical Corporation

7   Edward F.  O'Connor (SBN 123398)
8   THE ECLIPSE GROUP LLP
    550 West C Street, Suite 2040
9   San Diego, CA 92101
10  Telephone: (619) 239-4340
    Facsimile: (619) 239-0116
11  E-mail: efo@eclipsegrp.com

12
    Kerry L. Timbers (admitted *pro hac vice*)
13  SUNSTEIN KANN MURPHY & TIMBERS LLP
14  125 Summer Street
    Boston, MA  02110-1618
15  Telephone: (617) 443-9292
16  E-mail: KTimbers@sunsteinlaw.com

17  Attorneys for Catheter Connections, Inc.

18
                **UNITED STATES DISTRICT COURT**
19
            **SOUTHERN DISTRICT OF CALIFORNIA**
20

21  IVERA MEDICAL CORPORATION, a       | Case No. 12-cv-0954 H (RBB)
    California corporation,             | Consolidated
22
                                       | **STIPULATION OF DISMISSAL
23              Plaintiff,             | AND JOINT REQUEST TO
                                       | ADJOURN DEADLINE TO SEEK
24        v.                           | ATTORNEYS' FEES AND COSTS**

25  CATHETER CONNECTIONS, INC., a      | Hon. Marilyn L. Huff
    Delaware corporation,
26
27              Defendant.

28

1    In view of the Court's Order [D.E. 98] entered April 30, 2014, granting

2 summary judgment of invalidity and in order to place this case in condition for

3 immediate appeal, Plaintiff Ivera Medical Corporation ("Ivera") and Defendant

4 Catheter Connections, Inc. ("Catheter Connections") hereby stipulate as follows:

5    Plaintiff Ivera accused Defendant Catheter Connections of infringing the

6 following claims: 12, 13, 16, 18, 20 and 21 of U.S. Patent No. 7,780,794; 1, 3-5, 7,

7 9, 10, 11, 13, 15, 16, 18, 20, and 21 of U.S. Patent No. 7,985,302; and 1, 4-6, 7, 8,

8 11, 13-15, 17, 21, 22, 24, 25, and 27 of U.S. Patent No. 8,206,514 (the "Asserted

9 Claims"). Catheter Connections asserted a counterclaim for declaratory judgment of

10 nonliability as well as certain affirmative defenses.

11    On April 30, 2014, the Court granted summary judgment of invalidity based

12 on obviousness against Ivera and for Catheter Connections as to all Asserted Claims

13 [D.E. 98]. This order resolves all issues of liability as against Catheter Connections

14 but did not resolve Catheter Connections' counterclaim for nonliability. So as to

15 remove the pendency of that counterclaim as a bar to finality for purposes of appeal,

16 Ivera and Catheter Connections hereby stipulate and agree pursuant to Rule 41(a) of

17 the Federal Rules of Civil Procedure that Catheter Connections' counterclaim for

18 nonliability is dismissed without prejudice. Such dismissal permits an immediate

19 appeal of the invalidity issues resolved on summary judgment. *Nystrom v. Trex Co.*,

20 374 F.3d 1105, 1110 (Fed. Cir. 2004).

21    In addition, the parties have met and conferred and hereby stipulate, subject to

22 this Court's approval, that the deadlines to seek attorneys' fees or costs under Rule

23 54(d)(2) and Local Civil Rule 54.1 should be adjourned until after appellate review

24 of the invalidity issues is resolved for reasons of judicial economy, reduction of

25 litigation expenses and efficiency. *See* Fed. R. Civ. P. 54(d)(2)(B) (stating that the

26 deadline to seek fees and costs may be extended by court order); *Liquidnet*

27 *Holdings, Inc. v. Pulse Trading, Inc.*, Case 1:07-cv-06886-SAS, Document 86

28

1

1   (S.D.N.Y. Jun. 28, 2011) (adjourning deadline to seek attorneys' fees pending

2   appellate review of summary judgment).

3       The parties therefore jointly request that all remaining pretrial and trial dates

4   be vacated.  Additionally, the parties jointly request that the deadline for filing a

5   request for attorneys' fees or costs pursuant to Rule 54(d)(2) and Local Civil Rule

6   54.1 should be continued until after any appellate process is complete.   Upon

7   issuance of a mandate from the Federal Circuit, the parties shall meet and confer and

8   submit a proposal for any further proceedings, including on any issues not resolved

9   on summary judgment.

10

11  **SO STIPULATED:**

12

13  Dated:  June 17, 2014          X-PATENTS, APC

14

15                                  By:     s/ Jonathan Hangartner
                                            JONATHAN HANGARTNER

16

17                                  Attorneys for Ivera Medical Corporation

18

19  Dated:  June 17, 2014          THE ECLIPSE GROUP LLP

20

21                                  By:     s/ Edward F. O'Connor
                                            EDWARD F. O'CONNOR

22

23                                  Attorneys for Catheter Connections, Inc.

24

25

26

27

28

2

1

2
## CERTIFICATE OF SERVICE

3
     The undersigned hereby certifies that a true and correct copy of the above and
4 foregoing document has been served on June 18, 2014 to all counsel who are
5 deemed to have consented to electronic service via the Court's CM/ECF system per
Civil Local Rule 5.4.

6

7

8
                           s/Jonathan Hangartner
                           JONATHAN HANGARTNER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28