# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>   Plaintiff-Counterdefendant,<br><br>vs.<br><br>CATHETER CONNECTIONS, INC.,<br><br>   Defendant-Counterplaintiff. | Case Nos.  12-cv-954-H (RBB)<br>              12-cv-1587-H (RBB)<br><br>**ORDER ON PARTIES' STIPULATION OF DISMISSAL AND DEADLINE TO SEEK FEES AND COSTS**<br><br>[Doc. No. 102.] |

In this consolidated patent infringement action, Plaintiff asserts three claims against Defendant for infringing U.S. Patent Nos. 7,780,794 ("the '794 patent"), 7,985,302 ("the '302 patent"), and 8,206,514 ("the '514 patent") (collectively, the "patents-in-suit"). (See [954][1] Doc. No. 1, Complaint; [1587][2] Doc. No. 8, First Amended Complaint.)  Defendant asserted a counterclaim that it did not infringe the patents-in-suit, and that the patents-in-suit are invalid. (See [954] Doc. No. 14; [1587] Doc. No. 10.)  On April 29, 2014, the Court granted summary judgment for Defendant

---

[1] "[954]" refers to Ivera Medical Corporation v. Catheter Connections, Inc., No. 12-cv-954-H.

[2] "[1581]" refers to Ivera Medical Corporation v. Catheter Connections, Inc., No. 12-cv-1587-H.

and invalidated the patents-in-suit for obviousness under 35 U.S.C. § 103(a).  ([954] Doc. No. 98.)  On June 18, 2014, the Court ordered the parties to show cause why it should not deny all pending claims as moot.  (See Ivera v. Excelsior, No. 11-cv-1115-H, Doc. No. 128.)  On June 9, 2014, the parties filed a joint stipulation to dismiss Defendant's counterclaim without prejudice and request preserve their rights to seek attorneys' fees after appellate review of the Court's order.  (Doc. No. 102.)

The Court, for good cause shown, grants the stipulated dismissal and enters judgment for Defendant Catheter Connections.  Fed. R. Civ. P. 41(a).  The Court dismisses without prejudice Defendant's nonliability counterclaim.  The Court further orders as follows:

1. The Court permits the parties to seek attorneys' fees and costs under Federal Rule of Civil Procedure 54 after appellate review; and

2. The Court enters final judgment for Defendant Catheter Connections.

**IT IS SO ORDERED.**

DATED: June 23, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT