# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>　　　　Plaintiff-Counterdefendant,<br>vs.<br>CATHETER CONNECTIONS, INC.,<br><br>　　　　Defendant. | Case Nos. 12-cv-954-H (RBB)<br>　　　　　　12-cv-1587-H (RBB)<br><br>**JUDGMENT FOR DEFENDANT CATHETER CONNECTIONS, INC.** |

On April 29, 2014, the Court granted summary judgment of invalidity based on obviousness against Plaintiff Ivera and for Defendant Catheter Connections as to all asserted patent claims. (Doc. No. 98.) On June 23, 2014, the Court issued an order pursuant to Federal Rule of Civil Procedure 41(a) on the parties' stipulated dismissal of Catheter Connections's nonliability counterclaim. (Doc. No. 103.) Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that judgment be and is entered in favor of Defendant Catheter Connections and against Plaintiff Ivera.

**IT IS SO ORDERED.**

DATED: June 23, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT