1

X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268

2

5670 La Jolla Blvd.

3

La Jolla, CA  92037
Telephone:  858-454-4313

4

Facsimile:   858-454-4314

5

jon@x-patents.com

6

Attorneys for Plaintiff-Counterdefendant
Ivera Medical Corporation

7

8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

IVERA MEDICAL CORPORATION,

12

  Plaintiff-Counterdefendant,

13

  v.

14

CATHETER CONNECTIONS, INC.

15

16

  Defendant.

Case No. 12-cv-954-H (RBB)
            12-cv-1587-H (RBB)
            (consolidated)

Honorable Marilyn L. Huff

**NOTICE OF APPEAL**

17

18

   **NOTICE IS HEREBY GIVEN** that Plaintiff-Counterdefendant Ivera

19

Medical Corporation appeals to the United States Court of Appeals for the Federal

20

Circuit from the final judgment entered June 23, 2014 (ECF No. 104), and each and

21

every part thereof.

22

23

Dated:  July 3, 2014            X-PATENTS, APC

24

25

                        By:    s/ Jonathan Hangartner

26

                               JONATHAN HANGARTNER

27

                        Attorneys for Plaintiff Ivera Medical

28

                        Corporation

1

## CERTIFICATE OF SERVICE

1

2

3        The undersigned hereby certifies that a true and correct copy of the

above and foregoing document has been served on July 3, 2014 to all counsel who

4    are deemed to have consented to electronic service via the Court's CM/ECF system

per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic

5    mail, facsimile and/or overnight delivery

6

7                              s/ Jonathan Hangartner_____
                               Jonathan Hangartner
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28